UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



EDDY GARCIA on behalf of himself and
similarly situated individuals,

                       Plaintiff,

-v-

METROWIRELESS 167 INC. and "JOHN DOE",

                       Defendants.

No. 18-cv-3242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       The Court is in receipt of the parties' amended settlement agreement. (Doc. No. 30.) As stated on the record at the September 5, 2018 conference, the Court finds the amended settlement to be fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the amended settlement is approved. The Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

SO ORDERED.

Dated:     September 12, 2018
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE