UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EDDY GARCIA,
*on behalf of himself and similarly situated employees,*

Case No. 18-cv-3242 (RJS)

Plaintiff,  **JUDGMENT**

-against-

METROWIRELESS 167 INC. and
"JOHN DOE",

ECF Case,

Defendants.

-------------------------------------------------------------------------X

This action, having been commenced on April 13, 2018, by the filing of Summons and Complaint and upon the Order of the Honorable Richard J. Sullivan entered on December 21, 2018, it is:

**ORDERED, ADJUDGED, AND DECREED**: that the Plaintiff, EDDY GARCIA, have judgment against Defendant METORWIRELESS 167 INC. and ABDUL ASIF in the liquidated amount of $10,000.00 with interest at 9% from December 11, 2018 amounting to $24.66 plus costs and disbursements of this action in the amount of $1,980.00 amount in all to $12,004.66.

Dated: New York, New York

_____

_____
U.S.D.J

This document was entered on the docket on _____.