UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDDY GARCIA, on behalf of himself and
similarly situated individuals,
                        Plaintiff,                        18 **CIVIL** 3242 (RJS)

      -against-                        **JUDGMENT**

METROWIRELESS 167 INC., and "JOHN
DOE",                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's dated Order dated December 21, 2018 and Judgment dated December 27, 2018, judgment is hereby entered:

  (i)  The unpaid balance of the Settlement Amount of $10,000 is immediately due and Payable to Plaintiff by Defendant and Abdul Asif personally;

  (ii)  Interest in the amount of $24.66 is immediately due and payable to Plaintiff by Defendant and Abdul Asif personally; and

  (iii)  Attorney's fees of $1,980.00 incurred in enforcing the settlement agreement are immediately due and payable to Plaintiff by Defendant and Abdul Asif personally.

**Dated:** New York, New York
          December 28, 2018

                                            **RUBY J. KRAJICK**
                                                Clerk of Court
                                BY:
                                                    Deputy Clerk

                                            THIS DOCUMENT WAS ENTERED
                                            ON THE DOCKET ON _____